

**ORDERED in the Southern District of Florida on November 17, 2017.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                           CASE NO: 16-19549-RAM
                                                 CHAPTER 13
Flora Navarro and
Narcisco N. Navarro,

        Debtor(s).
_____/

**AGREED ORDER GRANTING IN PART MOTION TO DISMISS
FOR FAILURE TO COMPLY WITH THE ORDER CONFIRMING PLAN
(Re: 9711 SW 135TH AVE, MIAMI, FL 33186)**

**THIS CASE** came before the Court for consideration on the Motion to Dismiss for Failure to Comply With The Order Confirming Plan [Doc. No. 107] filed by U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-2 ("Secured Creditor") and the Court being advised of the agreement of Debtor and Secured Creditor, by and through their respective counsel, and being otherwise more full advised in the premises, it is

**ORDERED** as follows:

1.    The Motion [Doc. No.107] is Granted in part.

2.	The parties hereby agree that Debtor shall have 14 days from the date of entry of this order to either conform to the Proof of Claim [Claim No. 5-1] or surrender the subject real property or convert the case to a Chapter 11.

###

**Order submitted by:**

Reka Beane, Esquire
Attorney for Secured Creditor
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Ft. Lauderdale, FL 33309
Phone: (813) 251-4766 Ext: 4719
Floridabklegal@brockandscott.com

**Reka Beane, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.**

Flora Navarro
13471 SW 99 Ter.
Miami, FL 33186

Narcisco N. Navarro
13471 SW 99 Ter.
Miami, FL 33186

Ricardo Corona, Esq.
3899 NW 7 St, Second Floor
Miami, FL 33126

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130